## PHELPS v. PHELPS.

AFTER this cause was called for trial, and the jury impaneled, Mr. Tracy moved for a rule, that bonds for prosecution might be entered: But,

The whole COURT. (DYER, J., absent.) Said, the motion was too late: That it had been repeatedly decided, that such motions could not be admitted in this stage of the case.